# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00733-CR

---

**Charles Motz, IV, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2019-924B, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due April 16, 2025. After this Court granted a motion requesting an extension of time to file his brief, appellant's brief was due May 27, 2025. To date, the brief has not been tendered for filing and is overdue. On June 4, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 16, 2025, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court to conduct a hearing in accordance with Rule 38.8 of the Rules of Appellate Procedure. *See* Tex. R. App. P. 38.8(b)(2), (3). The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether counsel has abandoned this appeal, and whether appellant is indigent. *See*

*id.* R. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If appellant desires to appeal and is indigent, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than August 18, 2025. *See id.* R. 38.8(b)(3).

It is so ordered on July 22, 2025.


Before Justices Chief Justice Byrne, Justices Crump and Ellis

Abated and Remanded

Filed: July 22, 2025

Do Not Publish